# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **SAMIA JULISSA RODRIGUEZ TEJADA,**   *Plaintiff* <br><br> v. <br><br> **WALMART INC.,**   *Defendant* | § § § § § § § § § | **1-23-CV-00687-SH** |

## ORDER

The final pretrial conference is **HEREBY RESCHEDULED** to **Wednesday, September 4, 2024 at 10 a.m.** All other settings and deadlines in the Scheduling Order remain in effect.

**SIGNED** on August 9, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE