# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **SAMIA JULISSA RODRIGUEZ TEJADA,** *Plaintiff* <br><br> v. <br><br> **WALMART INC.,** *Defendant* | § § § § § § § § | **Case No. 1:23-CV-00687-SH** |

## FINAL JUDGMENT

Now before the Court is the Agreed Motion to Dismiss with Prejudice, filed August 26, 2024 (Dkt. 37). Plaintiff and Defendant stipulate that all claims asserted against Defendant have been resolved by final settlement.

The Court **HEREBY GRANTS** the Agreed Motion to Dismiss with Prejudice (Dkt. 37) and **DISMISSES WITH PREJUDICE** all claims brought in this action, with each party to bear their own costs and attorneys' fees.

The Court also held a sanctions hearing on this day. *See* Dkt. 38. As stated during the hearing, the Court will impose no costs or other sanctions against Defendant under Federal Rule of Civil Procedure 16(f). The Court is satisfied with counsel for Defendant's explanation for the failure to comply with Court Orders and appreciates his candor. *See* Dkt. 39.

The Court **ORDERS** that the Clerk of Court **CLOSE** this case.

**SIGNED** on September 4, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE